FILED BY_____ *MB* ____D.C.

**Mar 12, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 25-MJ-00029-SMM

UNITED STATES OF AMERICA,

v.

ANTONIO SANCHEZ,
a/k/a "Antonio Sanchez-Avila,"

Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No.**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____

**CHRISTOPHER H. HUDOCK**
Assistant United States Attorney
FL Bar No. 92454
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0951
Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Christopher Hudock

## UNITED STATES DISTRICT COURT
for the

Southern District of Florida

FILED BY _____ **MB** _____ D.C.

**Mar 12, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

| | |
|---|---|
| United States of America<br>v.<br><br>ANTONIO SANCHEZ,<br>a/k/a "Antonio Sanchez-Avila," | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  25-MJ-00029-SMM

_Defendant(s)_

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 11, 2025 _____ in the county of _____ Saint Lucie _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_Complainant's signature_

Angelo Zaravelis, Deportation Officer, ICE/DHS
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:  March 12, 2025

_Judge's signature_

City and state: _____ Fort Pierce, Florida _____

Shaniek Mills Maynard, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1.       I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.       This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Antonio SANCHEZ ("SANCHEZ") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3.       On or about January 27, 2025, the Homeland Security Investigations tip-line sent the ICE Law Enforcement Support Center ("LESC") a referral in reference to Antonio SANCHEZ, a previously removed alien, having reentered the United States, and now resides in Port Saint Lucie, Saint Lucie County, Florida.

4.       I reviewed documents from the immigration alien file belonging to SANCHEZ, AXXX XXX 571. A review of Department of Homeland Security electronic records and the immigration alien file assigned to SANCHEZ show that he is a native and citizen of Mexico. Records show that on or about June 14, 2019, SANCHEZ was ordered removed from the United

States. Records in the alien file show that on or about August 1, 2019, SANCHEZ was removed from the United States to Mexico.

5.    SANCHEZ's criminal records indicate that on or about October 16, 2018, SANCHEZ was convicted in the Circuit Court, Fifteenth Judicial Circuit, in and for Palm Beach County, Florida for the felony offenses of DUI Manslaughter (Enhanced), in violation of Florida Statutes 316.193(3)(a),(b),(c)3a, and (4), and driving without a license or while license canceled, suspended or revoked causing serious bodily injury or death, in violation of Florida Statute 322.34(6). SANCHEZ received a sentence of eighteen months imprisonment, followed by ten years of probation.

6.    On March 11, 2025, ICE officers arrested SANCHEZ in Port Saint Lucie, Saint Lucie County, Florida, for violation of immigration law. Officers entered SANCHEZ's fingerprints into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belonged to the individual who was previously removed from the United States, that is, Antonio SANCHEZ.

7.    On March 11, 2025, SANCHEZ made statements to a deportation officer. Post-*Miranda*, SANCHEZ stated that he is a citizen of Mexico, that he was previously removed from the United States, that he reentered the United States without being inspected, and that he did not request permission to reenter the United States.

8.    Officers performed a record check in the Computer Linked Application Informational Management System ("CLAIMS") to determine if SANCHEZ had filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no record was found to exist indicating

that SANCHEZ obtained consent from the Attorney General of the United States or from the

Secretary of Homeland Security, for re-admission into the United States as required by law.

      9.      Based on the foregoing, I believe that there exists probable cause to believe that, on

or about March 11, 2025, Antonio SANCHEZ, an alien who has previously been deported and

removed from the United States, was found in the United States without having received the

express consent from the Attorney General or the Secretary of the Department of Homeland

Security for re-admission into the United States, in violation of Title 8, United States Code,

Sections 1326(a) and (b)(1).

 

Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of

the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this __12th__ day of March, 2025.


SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE